**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-6313**

---

WILLIAM A. HARRIS, JR.,

Plaintiff - Appellant,

versus

COMMONWEALTH OF VIRGINIA; DEPARTMENT OF
CORRECTIONS; PROBATION AND PAROLE, District
24; SALLIE OVERTON AMOS, Parole Officer; JAMES
REYNOLDS, III, Chief Parole Officer,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Gerald Bruce Lee, District
Judge. (CA-02-1759-AM)

---

Submitted: June 12, 2003          Decided: June 17, 2003

---

Before WIDENER, LUTTIG, and SHEDD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

William A. Harris, Jr., Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

William A. Harris, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Harris v. Virginia</u>, No. CA-02-1759-AM (E.D. Va. Jan. 6, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>